UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. APPLEGATE,<br><br>        Plaintiff,<br><br>    vs.<br><br>N. CLARK, et al.,<br><br>        Defendants. | 1:15-cv-00207-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 13.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REMAND<br>(ECF No. 9.) |

Brian C. Applegate ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2015, findings and recommendations were entered, recommending that Plaintiff's motion to remand this action to the Kings County Superior Court be denied. (ECF No. 13.) The parties were granted thirty days in which to file objections to the findings and recommendations. (Id.) The thirty-day time period has passed, and no party has filed objections or any other response to the findings and recommendations. (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 18, 2015, are adopted in full; and

2. Plaintiff's motion for remand, filed on February 23, 2015, is DENIED.

IT IS SO ORDERED.

Dated:   **July 7, 2015**                         **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE